UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE FERN LIPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15-cv-1518 UNA |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| Defendant. | |

## **ORDER**

The above styled and numbered case was filed on October 5, 2015.

After a review of this case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable John A. Ross, United States District Judge , under cause number 1:15-cv-00173.

**IT IS FURTHER ORDERED** that cause number 4:15-cv-1518 UNA be administratively closed.

<u>October 5, 2015</u>  GREGORY J. LINHARES
Date  CLERK OF COURT

 By: <u>/s/ Michele Crayton</u>
  Court Services Manager


**In all future documents filed with the Court, please use the following case number: 1:15-cv-00173 JAR** .